1
2
3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DANIEL SIMPSON, | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-00393-KJD-RJJ |
| vs. | ) | **ORDER CONTINUING** |
| | ) | **EARLY NEUTRAL EVALUATION** |
| LAS VEGAS MATROPOLITAN POLICE DEPARTMENT, | ) | |
| Defendant. | ) | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1.  The Early Neutral Evaluation session, currently scheduled for September 24, 2010 at 9:30 a.m. is **VACATED** and **CONTINUED** to **Thursday, October 7, 2010 at 1:30 p.m.** in the chambers of the undersigned, Room 3071.

2.  The written evaluation statements, currently due September 17, 2010, shall be submitted directly to chambers, Room 3071, not later than **4:00 p.m. on September 30, 2010.**

3.  The parties shall follow the procedures in the order (Dkt. #11) entered May 28, 2010, in preparing for the ENE.

Dated this 25th day of August, 2010.

_____
Peggy A. Leen
United States Magistrate Judge