UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL SIMPSON, etc.,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>        Defendant. | 2:10-cv-0393-KJD-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on October 11, 2010, and November 29, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  31st  day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge